# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

JULIE A. GOLDBERG, et al., ) Case No. 2:18-cv-01053-JCM-NJK
        Plaintiff(s), ) ORDER
v. )
WELLS FARGO HOME MORTGAGE, INC, et al, )
        Defendant(s). )

      There is a strong presumption of public access to judicial files and records. *E.g.*, *Kamakana v. City and County of Honolulu*, 447 F.3d 1172, 1178 (9th Cir. 2006). A party seeking to seal materials filed with the Court may overcome that presumption by meeting the applicable standards established by the Ninth Circuit. *See, e.g.*, *id.* at 1178-80. In this case, Plaintiffs filed a motion to seal various filings without identifying the applicable standards or providing meaningful discussion of why sealing is appropriate. Docket No. 4. As such, the Court denied that motion but allowed the materials to remain sealed on an interim basis so as to afford Plaintiffs a further opportunity to file a motion to overcome the presumption of public access. *See id.* The deadline for filing that renewed motion has now expired, *see id.*, but no such motion was filed.

//
//
//
//

Accordingly, no showing has been made that the materials filed under seal in this case should remain sealed. The Court **INSTRUCTS** the Clerk's Office to unseal all filings made in this case to date.

IT IS SO ORDERED.

DATED: June 14, 2018

_____
NANCY J. KOPPE
United States Magistrate Judge