# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JULIE A. GOLDBERG, et al., | Case No. 2:18-CV-1053 JCM (NJK) |
| Plaintiff(s), | ORDER |
| v. | |
| WELLS FARGO HOME MORTGAGE, INC., et al., | |
| Defendant(s). | |

Presently before the court is plaintiffs Julie Goldberg (as trustee for the Goldberg family trust), Stephen Goldberg, and Florine Goldberg's motion for reconsideration of this court's order denying plaintiff's motion for a temporary restraining order. (ECF No. 17).

Plaintiffs' motion asks the court to restrain a foreclosure sale that was set to occur on June 13, 2018, at 9:00 am. That date has since passed.[1] As the court cannot grant plaintiffs their requested relief, the court will deny plaintiffs' motion for reconsideration.

Accordingly,

IT IS HEREBY ORDERED that plaintiffs' motion for reconsideration (ECF No. 17) be, and the same hereby is, DENIED.

DATED June 15, 2018.

_____
UNITED STATES DISTRICT JUDGE

---

[1] Plaintiff has not advised the court whether the sale occurred, was postponed, or was cancelled.

**James C. Mahan**
**U.S. District Judge**