# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JULIE A. GOLDBERG, Trustee for the GOLDBERG FAMILY TRUST, *et al.*,<br><br>Plaintiff(s),<br><br>v.<br><br>WELLS FARGO HOME MORTGAGE INC., *et al.*,<br><br>Defendant(s). | Case No.: 2:18-cv-01053-JCM-NJK<br><br>**Order**<br><br>[Docket No. 40] |

Pending before the Court is a motion by attorney Adam R. Fulton to withdraw as counsel for Plaintiffs. Docket No. 40. The Court hereby **SETS** a hearing on that motion for 2:00 pm. on November 14, 2018. Plaintiffs shall appear at the hearing in person. Plaintiffs' current counsel and any newly retained counsel shall also appear in person. THERE WILL BE NO EXCEPTIONS TO THESE APPEARANCE REQUIREMENTS. No later than November 2, 2018, Plaintiffs' current counsel of record shall serve Plaintiffs with this order and shall file a proof of service. Any response to the motion to withdraw shall be filed no later than November 7, 2018. Unless and until the motion is granted, current counsel continues to be responsible for meeting all applicable deadlines. **FAILURE TO COMPLY WITH THIS ORDER MAY RESULT IN SANCTIONS.**

IT IS SO ORDERED.

Dated: October 31, 2018

Nancy J. Koppe
United States Magistrate Judge

1