1

2

3

4

5

6

7

8

9

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

10

11

12

13

14

15

JULIE A. GOLDBERG, Trustee for the
GOLDBERG FAMILY TRUST, *et al*.,

      Plaintiff(s),

v.

WELLS FARGO HOME MORTGAGE INC.,
*et al*.,

      Defendant(s).

Case No.: 2:18-cv-01053-JCM-NJK

**Order**

16       On October 30, 2018 attorney Adam R. Fulton filed a motion to withdraw as counsel for

17 Plaintiffs. Docket No. 40. The Court set a hearing on the motion to withdraw for November 14,

18 2018. Docket No. 41. On November 7, 2018, Plaintiffs filed a response stating that Plaintiffs do

19 not object to co-counsel's motion to withdrawal as counsel but requested the hearing on the motion

20 to withdraw be continued as Ms. Goldberg is currently out of the country.[1] Docket No. 44.

21       Accordingly, the Court **CONTINUES** the hearing on counsel's motion to withdraw to

22 **December 5, 2018, at 1:00 p.m., in Courtroom 3C**. Plaintiffs, as well as their current counsel

23 and any newly-retained counsel, are required to appear in person. No later than November 13,

24 2018, Plaintiffs' current counsel of record shall serve Plaintiffs with this order and shall file a proof

25

26

27

28

---

[1] Plaintiffs' response asks for the hearing to be continued; however, Plaintiffs did not file
a separate motion or stipulation to continue the hearing as required by Local Rule IC 2-2(b).
Docket No. 43 at 3. As a courtesy, the Court will consider Plaintiffs' request, although incorrectly
filed, this one time. In the future, Plaintiffs must comply in full with all applicable Local Rules,
including the rule that requires the use of pleading papers.

of service. Unless and until the motion is granted, current counsel continues to be responsible for meeting all applicable deadlines. **FAILURE TO COMPLY WITH THIS ORDER MAY RESULT IN SANCTIONS.**

IT IS SO ORDERED.

Dated: November 9, 2018

_____
Nancy J. Koppe
United States Magistrate Judge