# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

JULIE A. GOLDBERG, et al.,

    Plaintiffs,

v.

WELLS FARGO MORTGAGE, INC., et al.,

    Defendants.

Case No.: 2:18-cv-01053-JCM-NJK

**Order**

[Docket No. 40]

Pending before the Court is a motion to withdraw as counsel by Plaintiffs' local counsel, Jared B. Jennings and Adam R. Fulton. Docket No. 40. Counsel submits that continued representation would cause an unreasonable financial burden on them. *Id*. at 3-4. In response, Julie A. Goldberg, one of the plaintiffs in the case, and a licensed California attorney, submits that she has no objection to the withdrawal of current local counsel, and asks the Court to allow her to proceed as Plaintiffs' counsel without any local counsel. *See* Docket No. 43.

Local Rule IA 11-2(d) states that, "[u]nless the court orders otherwise, an attorney who is granted permission to practice [in this court in a particular case] must associate a resident member of the bar of this court as co-counsel." Ms. Goldberg concedes that the instant case is the only case in which she has appeared as counsel in this district. Docket No. 43 at 3.[1] Further, United States District Judge James C. Mahan was aware that Ms. Goldberg is a member of the California bar in good standing, as she submits in her response, when he granted her leave to practice in this court with the association of local counsel. *See* Docket No. 13. The Court finds that Ms. Goldberg

---

[1]    Both Ms. Goldberg's response to the motion to withdraw and motion to appear telephonically violate the Court's local rules, as they are not on pleading paper. *See* LR IA 10-1(a)(1). *See also* Docket Nos. 43, 50.

presents no reason to depart from the Court's local rules and practice regarding the association of local counsel.

Accordingly, the motion to withdraw as local counsel, Docket No. 40, is hereby **GRANTED**, and the hearing set for December 5, 2018 is **VACATED**. Mr. Jennings and Mr. Fulton are withdrawn as local counsel in the instant case. The Court **DENIES** Ms. Goldberg's request to proceed in the instant case without the association of local counsel. New local counsel must enter an appearance on Plaintiffs' behalf no later than December 21, 2018. Failure to comply with this order may result in sanctions.

IT IS SO ORDERED.

DATED: December 3, 2018.

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE