# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JULIA A. GOLDBERG, | Case No.: 2:18-cv-01503-JCM-NJK |
| Plaintiff(s), | **ORDER** |
| v. | (Docket No. 54) |
| WELLS FARGO HOME MORTGAGE, INC., *et al.*, | |
| Defendant(s). | |

Pending before the Court is Plaintiffs' motion for clarification of participation in discovery plan or in the alternative for an extension of time for submitting the discovery plan. With respect to Plaintiffs' confusion regarding local outside counsel, the Court's order, Docket No. 53, and Local Rules are clear. New counsel must enter an appearance on Plaintiffs' behalf no later than December 21, 2018. With respect to Plaintiffs' request for an extension for the discovery plan, the Court has issued a discovery schedule order in this case. Accordingly, Plaintiffs' motion for clarification or in the alternative for an extension of time is **DENIED.**

IT IS SO ORDERED.

Dated: December 14, 2018

_____
Nancy J. Koppe
United States Magistrate Judge

1