# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JULIE A. GOLDBERG, *et al.*, | Case No.: 2:18-cv-1053-JCM-NJK |
| Plaintiff(s), | **Order** |
| v. | (Docket No. 61) |
| WELLS FARGO HOME MORTGAGE, *et al.*, | |
| Defendant(s). | |

Pending before the Court is Plaintiffs' motion to extend the deadline to secure new local counsel. Docket No. 61. The Court has considered Plaintiffs' motion and Defendant Wells Fargo's response. Docket Nos. 61, 62.

The Court **GRANTS** in part Plaintiffs' motion. New local counsel must file a notice of appearance on behalf of Plaintiffs, no later than January 4, 2019. No further extensions will be granted, and failure to comply with this order may result in sanctions.

IT IS SO ORDERED.

Dated: December 26, 2018

_____
NANCY J. KOPPE
United States Magistrate Judge